UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CODY POWELL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DEPAUL UNIVERSITY, <br><br> Defendant. | Case No. 1:21-cv-3001 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Heather K. McShain |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff has filed a notice of supplemental authority (Doc. 23) concerning the recent decision in *O'Leary v. TrustedID, Inc.*, 2021 WL 4129202 (D. S.C. Sept. 9, 2021). Because Plaintiff's filing goes beyond just citing *O'Leary* and contains argument about the purported impact of this ruling on DePaul's motion to dismiss, DePaul submits this brief response to address this decision.

The *O'Leary* decision has no application here. DePaul's motion to dismiss focuses on the BIPA Section 25(c) exemption for GLBA financial institutions. No BIPA claims were alleged in the *O'Leary* case -- the claims asserted were instead under a South Carolina statute which has nothing to do with biometrics -- and the *O'Leary* decision does not interpret BIPA, nor shed any light on the scope of BIPA's GLBA exemption. Moreover, while the *O'Leary* court found it could not determine on the pleadings whether the defendant was regulated under the GLBA, there were no federal agency findings and other federal government website materials submitted in *O'Leary* upon which the court could take judicial notice of the defendant's GLBA-regulated status. In sharp

HB: 4822-3794-2255.1

contrast here, as established in the prior briefing, the Federal Trade Commission, Department of Education, and Federal Student Aid program documents before this Court are appropriate judicial notice materials which establish that DePaul is regulated under the GLBA. The *O'Leary* decision, which did not involve any governmental judicial notice materials, is thus plainly distinguishable in this regard.

Dated: September 22, 2021　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPAUL UNIVERSITY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Michael D. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Michael D. Hayes
Karen L. Courtheoux
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
michael.hayes@huschblackwell.com
karen.courtheoux@huschblackwell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2021, I caused the foregoing, **Defendant's Response to Plaintiff's Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss**, to be served on all counsel of record as a result of the CM/ECF filing of this document.

/s/ *Michael D. Hayes*