UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CODY POWELL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-3001 |
| v. | ) ) ) | Judge Robert M. Dow, Jr. Magistrate Judge Heather K. McShain |
| DEPAUL UNIVERSITY, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RENEWED MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant, DePaul University ("DePaul"), by its undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves for the dismissal with prejudice of Plaintiff's First Amended Class Action Complaint (Doc. 2, the "FAC"), and in support of this motion states as follows:

1. All of Plaintiff's claims in the FAC are brought under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq*.

2. DePaul previously moved to dismiss the FAC (*see* Doc. 14), asserting that Plaintiff's claims are barred by 740 ILCS 14/25(c), since DePaul, as a participant in the Federal Student Aid Program, is a "financial institution that is subject to Title V of the federal Gramm-Leach Bliley Act of 1999 and the rules promulgated thereunder."

3. On March 28, 2022, this Court entered an order (Doc. 39, the "Order") denying DePaul's motion to dismiss without prejudice, directing DePaul to refile the motion, and directing supplemental briefing on specified issues.

4. Pursuant to the Order, DePaul hereby renews its motion to dismiss, on the

same grounds raised in DePaul's original motion to dismiss.

5. DePaul's renewed motion to dismiss is supported by the briefs, authorities and judicial notice materials filed in support of DePaul's original motion to dismiss (*see,* Docs. 15, 22, 25, 29, 32), and DePaul's Supplemental Brief (filed contemporaneously herewith) addressing the issues specified in the Order.

WHEREFORE, Defendant DePaul University respectfully requests that Plaintiff's First Amended Complaint be dismissed in its entirety and with prejudice, and that DePaul be awarded its costs of suit and prevailing party attorneys' fees under BIPA Section 20(3).

Dated: April 11, 2022                                               Respectfully submitted,

                                                                    DEPAUL UNIVERSITY

                                                                    By: /s/ *Michael D. Hayes*
                                                                           One of Its Attorneys

Michael D. Hayes
Karen L. Courtheoux
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
Phone: (312) 655-1500
michael.hayes@huschblackwell.com
karen.courtheoux@huschblackwell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2022, I caused the foregoing, **Defendant's Renewed Motion To Dismiss Plaintiff's First Amended Class Action Complaint**, to be served on Plaintiff's counsel of record via the CM/ECF filing of this document.

/s/ *Michael D. Hayes*