IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

CODY POWELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DEPAUL UNIVERSITY,

Defendant.

Case No. 21 C 3001
Judge Robert W. Gettleman

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant (s) DEPAUL UNIVERSITY
and against Plaintiff (s) CODY POWELL, individually and on behalf of all others similarly situated
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  11/4/2022                                Thomas G. Bruton, Clerk of Court

                                                Claire E. Newman, Deputy Clerk