# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CODY POWELL, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-3001 |
| Plaintiff, | Judge Robert M. Dow, Jr.<br>Magistrate Judge Heather K. McShain |
| v. | |
| DEPAUL UNIVERSITY, | |
| Defendant. | |

## NOTICE OF APPEAL

Plaintiff Cody Powell hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Doc. 50) and Judgment in a Civil Case (Doc. 51) entered in this action on the 4th day of November, 2022.

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
        misny@mmmb.com

Mary C. Turke
Samuel J. Strauss
Raina C. Borrelli
Turke & Strauss LLP
613 Williamson Street #201
Madison, WI 53703
Telephone: 608.237.1775
Facsimile: 608.509.4423
E-mail: mary@turkestrauss.com
      sam@turkestrauss.com
      raina@turkestrauss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I filed the foregoing via the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy